AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

*****  DISTRICT OF  NEVADA

PETER QUINN ELVIK,

    Petitioner,

V.

DON BUNCE, et al.,

    Respondents.

JUDGMENT IN A CIVIL CASE

CASE NUMBER:  **3:04-cv-00471-GMN-WGC**

___ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X** **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that final judgment is entered in favor of petitioner and against respondents, **CONDITIONALLY GRANTING** the Second Amended Petition for Habeas Corpus (#42) **with respect to Ground Eight**; pursuant to Order entered December 5, 2013 (#100).

    **IT IS FURTHER ORDERED** that the Second Amended Petition for a Writ of Habeas Corpus is **DENIED with respect to Grounds One, Two, Five, Six, Seven, Nine, and Ten**.

    **IT FURTHER IS ORDERED** that a **Certificate of Appealability is GRANTED as to the Court's denial of Grounds One, Two, Five, Six, Seven, Nine, and Ten** of the Second Amended Petition for a Writ of Habeas Corpus.

    December 5, 2013

    **LANCE S. WILSON**
    Clerk

    /s/ D. R. Morgan
    Deputy Clerk