# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

PETER QUINN ELVIK,

    Petitioner,

vs.

DON BUNCE, *et al.*,

    Respondents.

Case No. 3:04-cv-00471-GMN-WGC

**ORDER**

    This action is a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, by a Nevada state prisoner represented by counsel. This Court previously granted a conditional writ of habeas corpus, consistent with the terms set forth in the Court's order of December 3, 2015. (ECF Nos. 100 &101). The order gave the State of Nevada 120 days to commence jury selection in the re-trial, following the filing of the notice of election to retry petitioner. (*Id.*). Following appeal proceedings, on November 30, 2016, respondents filed a notice of intent to retry petitioner, triggering the deadline for initiating a new trial. (ECF No. 138). The current deadline for commencing jury selection is March 30, 2017. Respondents have filed a motion for an extension of 180 days, to and including September 26, 2017, to commence jury selection in the re-trial. Petitioner's counsel do not oppose the motion. Having reviewed the motion and good cause appearing, respondents' motion is granted.

1   **IT IS THEREFORE ORDERED** that respondents' motion for an extension of 180 days, to
2   and including September 26, 2017, in which to commence jury selection in the re-trial (ECF No.
3   139) is **GRANTED.**
4   Dated this ___25___ day of January, 2017.

```
                                    _____
                                    Gloria M. Navarro, Chief Judge
                                    United States District Court
```