UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PETER QUINN ELVIK,<br><br>　　　　　　　　　Petitioner,<br><br>　v.<br><br>DON BUNCE, et al.,<br><br>　　　　　　　　　Respondents. | Case No. 3:04-cv-00471-GMN-WGC<br><br>ORDER |

For good cause shown under Rule 60(b) of the Federal Rules of Civil Procedure, IT IS ORDERED that respondents' unopposed motion (ECF No. 145) for relief from judgment is GRANTED and that the Court's prior orders (ECF Nos. 100, 140, 142 & 144) and judgment (ECF No. 101) hereby are MODIFIED to extend the time for the State to initiate a retrial of petitioner Peter Quinn Elvik from February 26, 2019, to August 26, 2019.

The Clerk of this Court additionally shall send a copy of this order both to the District Attorney of Carson City and also to the Clerk of Court for the First Judicial District Court of the State of Nevada, in connection with State of Nevada v. Peter Quinn Elvik, Case No. 95 CR 01799 1B in that court.

DATED THIS __20__ day of February 2019.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1