# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

PETER QUINN ELVIK,

                Petitioner,

v.

DON BUNCE, et al.,

                Respondents.

Case No. 3:04-cv-00471-GMN-WGC

**ORDER**

For good cause shown under Rule 60(b) of the Federal Rules of Civil Procedure, and Petitioner Peter Quinn Elvik having no opposition,

**IT IS ORDERED:**

1. Respondents' Unopposed Motion for Relief from Judgment (ECF No. 152) is GRANTED.

2. The prior Orders (ECF Nos. 100, 140, 142, 144, 146, 149, 151) and Judgment (ECF No. 101) are hereby MODIFIED to extend the time for the State to initiate a retrial of Petitioner from May 27, 2020, to September 24, 2020.

3. The Clerk of Court shall send a copy of this order both to the District Attorney of Carson City and to the Clerk of Court for the First Judicial District Court of the State of Nevada, in connection with *State of Nevada v. Peter Quinn Elvik*, Case No. 95 CR 01799 1B in that court.

DATED: May 27, 2020

GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE