UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| PETER QUINN ELVIK,<br><br>            Petitioner,<br>v.<br>DON BUNCE, et al.,<br><br>           Respondents. | Case No. 3:04-cv-00471-GMN-WGC<br><br>**ORDER** |

Good cause appearing, Petitioner Peter Quinn Elvik's unopposed first Motion to Extend Time (ECF No. 158) is GRANTED. Petitioner has until May 19, 2021, to respond to Respondent's motion for relief from judgment (ECF No. 157).

DATED this 19 day of May 2021.

_____
GLORIA M. NAVARRO
UNITED STATES DISTRICT JUDGE

1